UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBER HARRIS, a single individual,<br><br>                      Plaintiff,<br>    v.<br><br>GLACIER BANCORP, INC., a Montana corporation doing business as Mountain West Bank,<br><br>                      Defendant. | NO: 2:16-CV-47-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 18. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 18**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to

2  counsel, and **close this case**.

3  **DATED** this 31st day of October 2016.

4

5                            *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
6                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2